IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JOHN DOE, subscriber assigned IP address, 71.195.106.128,**<br><br>　　　　　　　　　　　　Defendant. | No. 1:15-cv-01953-AWI-SKO<br><br>**ORDER ENTERING DISMISSAL WITHOUT PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)**<br><br>(Doc. 14) |

　　　On December 30, 2015, Plaintiff Malibu Media, LLC filed the complaint in this matter. Doc. 1. No answer or other responsive document has been filed. On June 24, 2016, Plaintiff filed a notice of dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Federal Rule of Civil Procedure 41(a)(1)(B), such notice operates as a dismissal without prejudice.

　　　Based on Plaintiff's notice, this action is dismissed without prejudice. The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:　July 1, 2016　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1